FILED

MAR - 3 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | 1:26CR00029SNLJ-ACL |
| | ) | |
| JORDAN Z. SAMONTE, | ) | 18 U.S.C. § 922(a)(6) |
| | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

## Count I

THE GRAND JURY CHARGES THAT:

On or about February 2, 2026, in Butler County, within the Southeastern Division of the Eastern District of Missouri, the defendant,

## JORDAN Z. SAMONTE,

in connection with the acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made false and fictitious written statements, which statements were intended and likely to deceive the licensed dealer of firearms as to facts material to the lawfulness of such disposition of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was not then under indictment or information in any court for a felony or any other crime for which he could have been imprisoned for more than one year, on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Form 4473 Firearms

1

Transaction Records, which representations were false, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## Count II

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 2, 2026, in Butler County, within the Southeastern Division of the Eastern District of Missouri, the defendant,

**JORDAN Z. SAMONTE,**

in connection with the acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made false and fictitious written statements, which statements were intended and likely to deceive the licensed dealer of firearms as to facts material to the lawfulness of such disposition of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was not then subject to a court order restraining him from harassing, stalking, or threatening an intimate partner, on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Form 4473 Firearms Transaction Records, which representations were false, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

THOMAS C. ALBUS
UNITED STATES ATTORNEY


_____
JOHN N. KOESTER, JR., #52177MO
ASSISTANT UNITED STATES ATTORNEY

2